06401/57853-RDT

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

FILED BY _____ D.C.
05 APR -1 PM 2:37
ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

| | |
|---|---|
| MICHAEL G. ROBINSON and FREDRICK J. IVORY, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>WILLIAM F. HARKNESS, JOSEPH E. LANE, JOHN DOE, PERMANENT GENERAL ASSURANCE CORPORATION, JOHN WILLIAMS, and RICHARD A. WILLIAMS, individually and on behalf of LANE WILLIAMS, a minor, )<br><br>Defendants. ) | NO. 1-04-1126-T/An |

## RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**   April 12, 2005

**JOINING PARTIES:**

    **for Plaintiffs:**   May 28, 2005
    **for Defendants:**   June 28, 2005

**AMENDING PLEADINGS:**

    **for Plaintiffs:**   May 28, 2005
    **for Defendants:**   June 28, 2005

-1-

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 04-04-05

(29)

06401/57853-RDT

**COMPLETING ALL DISCOVERY:**     November 28, 2005

 (a) **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**     October 28, 2005

 (b) **EXPERT DISCLOSURE (Rule 26(a)(2)):**
  (i) **Plaintiffs' Experts:**     September 16, 2005
  (ii) **Defendants' Experts:**     October 14, 2005
  (iii) **Supplementation under Rule 26(e):**     October 28, 2005

 (c) **DEPOSITION OF EXPERTS:**     November 28, 2005

**FILING DISPOSITIVE MOTIONS:**     January 3, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

 (a) **for Plaintiffs:**     February 20, 2006
 (b) **for Defendants:**     March 6, 2006

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last __4__ days and is **SET** for **JURY TRIAL** on _APRIL 24, 2006_ at 9:30 A.M. A joint pretrial order is due on _APRIL 14, 2006_. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to a trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

***The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery.***

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates as set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: March 28, 2005

-3-

06401/57853-RDT

APPROVED FOR ENTRY:

SMITH & VANDIVER

By: _____
T. VERNER SMITH, #011686
Attorneys for Plaintiffs
112 North Liberty Street
P.O. Box 1743
Jackson, TN 38302-1743
(731) 423-1888

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: _____
R. DALE THOMAS, # 013439
Attorneys for Defendant William F. Harkness
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414

By: _____
ALYSON CHENSASKY, #018323
Attorney for Defendant Permanent General Assurance Corporation
80 Monroe Avenue, Suite 505
Memphis, TN 38103
(901) 527-0634

-4-

06401/57853-RDT

By: *John Little by [signature] w/permission*
JOHN LITTLE, #014941
Attorney for Defendant John Williams
Richard Williams and Lane Williams
106 S. Liberty
P.O. Box 726
Jackson, TN 38302-0726
(731) 424-6211

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 1:04-CV-01126 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Alyson Chensasky
PERMANENT GENERAL ASSURANCE CORP.
80 Monroe Ave.
Ste. 505
Memphis, TN 38103

John S. Little
WALDROP & HALL
106 S. Liberty Street
Jackson, TN 38301--072

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

T. Verner Smith
112 N. Liberty
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT