IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF TENNESSEE, EASTERN DIVISION

MICHAEL G. ROBINSON and
FREDRICK J. IVORY

    Plaintiffs,

v.                      CIVIL ACTION NO. 1-04-1126
                        JURY DEMANDED

WILLIAM F. HARKNESS, JOSEPH E.
LANE, JOHN DOE, PERMANENT
GENERAL ASSURANCE CORPORATION
JOHN WILLIAMS, RICHARD A. WILLIAMS,
Individually and on behalf of LANE WILLIAMS,
a minor,

    Defendants.

## ORDER OF SUBSTITUTION

By agreement as evidenced by the signatures of respective counsel below, it is hereby agreed that Alyson Chensasky shall be allowed to withdraw as Counsel of Record for Defendant, Permanent General Assurance Corporation, in the above-styled cause, and Katherine B. Steuer shall be substituted as Counsel of Record for said Defendant. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that Alyson Chensasky is hereby permitted to withdraw as counsel for Defendant, Permanent General Assurance Corporation, in this matter.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 06-06-05

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Katherine B. Steuer is substituted as attorney for the Defendant, Permanent General Assurance Corporation

Entered this 6th day of June, 2005.

_____
JUDGE James D. Todd

APPROVED FOR ENTRY:

_____
ALYSON CHENSASKY #18323 w/permission
80 Monroe Avenue, Suite 505
Memphis, TN 38103
(901) 527-0634


_____
KATHERINE B. STEUER #23911
80 Monroe Avenue, Suite 505
Memphis, TN 38103
(901) 527-0634
041029

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to T. Verner Smith, Esq., P. O. Box 1743, Jackson, TN 38302, R. Dale Thomas, Esq., P. O. Box 1147, Jackson, TN 38302, and John S. Little, Esq., 106 South Liberty Street, Jackson, TN 38302 via U. S. Mail, postage prepaid this ___ day of May 2005.

_____
Katherine B. Steuer

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 1:04-CV-01126 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Alyson Chensasky
PERMANENT GENERAL ASSURANCE CORP.
80 Monroe Ave.
Ste. 505
Memphis, TN 38103

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Katherine B. Steuer
80 Monroe Ave.
Memphis, TN 38103

T. Verner Smith
112 N. Liberty
Jackson, TN 38302

John S. Little
WALDROP & HALL
106 S. Liberty Street
Jackson, TN 38301--072

Honorable James Todd
US DISTRICT COURT