IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL G. ROBINSON and FREDERICK J. IVORY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | NO.   04-1126 T/An |
| WILLIAM F. HARKNESS, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER DENYING MOTION TO STRIKE OR WITHDRAW AMENDED COMPLAINT

Before the Court is Plaintiffs' Motion to Strike or Withdraw Amended Complaint filed on May 27, 2005. The Local Rules for the Western District of Tennessee require that all motions filed in the Court shall be "accompanied by a supporting memorandum of facts and law." Local Rule 7.2(a)(1) for the Western District of Tennessee. Plaintiffs failed to file a supporting memorandum of facts and law with its Motion. Because Plaintiffs did not file a memorandum, the Motion is **DENIED** without prejudice. Plaintiffs are entitled to re-file the instant Motion, so long as the Motion complies with the Local Rules for the Western District of Tennessee.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 22, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  06-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 1:04-CV-01126 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

John S. Little
WALDROP & HALL
106 S. Liberty Street
Jackson, TN 38301--072

Katherine B. Steuer
LAW OFFICE OF KATHERINE B. STEUER
80 Monroe Ave.
Ste. 505
Memphis, TN 38103

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

T. Verner Smith
112 N. Liberty
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT