IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL G. ROBINSON and<br>FREDERICK J. IVORY, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | NO.   04-1126 T/An |
| WILLIAM F. HARKNESS, et al., | )<br>)<br>) | |
| Defendants. | ) | |

### ORDER GRANTING MOTION TO COMPEL

Before the Court is Defendant William F. Harkness' ("Defendant") Motion to Compel Discovery filed on July 13, 2005. On July 27, 2005, Plaintiff Michael G. Robinson filed a Notice of Compliance with the Court stating that he has served responses to Defendant's discovery requests. There is no record, however, of Plaintiff Frederick J. Ivory responding to the discovery requests, and Mr. Ivory did not respond to the instant Motion.

Therefore, for good cause shown, the Motion to Compel is **GRANTED**. Mr. Ivory shall provide complete responses to Defendant's discovery requests within 11 days of entry of this Order. Mr. Ivory is warned that the failure to comply with an Order of the Court can be grounds for the imposition of sanctions.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 10, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/11/05

1



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 1:04-CV-01126 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

John S. Little
WALDROP & HALL
106 S. Liberty Street
Jackson, TN 38301--072

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Katherine B. Steuer
LAW OFFICE OF KATHERINE B. STEUER
80 Monroe Ave.
Ste. 505
Memphis, TN 38103

T. Verner Smith
112 N. Liberty
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT