IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF TENNESSEE, EASTERN DIVISION

MICHAEL G. ROBINSON and
FREDRICK J. IVORY

    Plaintiffs,

v.                        CIVIL ACTION NO. 1-04-1126
                           JURY DEMANDED

WILLIAM F. HARKNESS, JOSEPH E.
LANE, JOHN DOE, PERMANENT
GENERAL ASSURANCE CORPORATION
JOHN WILLIAMS, RICHARD A. WILLIAMS,
Individually and on behalf of LANE WILLIAMS,
a minor,

    Defendants.

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO JOHN DOE ONLY

The Plaintiff, by and through counsel of record, hereby announces to this Honorable Court that John Doe should be dismissed with prejudice from cause.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that John Doe shall be and hereby is dismissed, with prejudice from this cause.

The costs of this cause shall abide the final Order.

Entered this 3rd day of October 2005.

_____
JUDGE James D. Todd

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __10-04-05__

APPROVED:

_____
T. VERNER SMITH #11686
P. O. Box 1743
Jackson, TN 38302-1743
(731) 423-1888

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to R. dale Thomas, Esq., POB 1147, Jackson, TN 38302; John S. Little, Esq., POB 726, Jackson, TN 38302, and Katherine B. Steuer, Esq., 80 Monroe Avenue, Ste 505, Memphis, TN 38103, via U. S. Mail, postage paid this ___19th___ day of ___Sept.___ 2005.

_____
T. VERNER SMITH

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 1:04-CV-01126 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

John S. Little
WALDROP & HALL
106 S. Liberty Street
Jackson, TN 38301--072

Katherine B. Steuer
LAW OFFICE OF KATHERINE B. STEUER
80 Monroe Ave.
Ste. 505
Memphis, TN 38103

T. Verner Smith
112 N. Liberty
Jackson, TN 38302

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT