06401/57853-RDT

FILED BY _____ S/ _____ D.C.
05 OCT 17 AM 8:43

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MICHAEL G. ROBINSON and )
FREDRICK J. IVORY, )
             )
    Plaintiffs, )
             )
vs.          )   NO. 1-04-1126-T/An
             )
WILLIAM F. HARKNESS, )
             )
    Defendant. )

## ORDER GRANTING MOTION TO AMEND RULE 16(b) SCHEDULING ORDER

This matter came before the Court pursuant to Defendant's Motion to Amend Rule 16(b) Scheduling Order.

It appearing from the record that Defendant has shown good cause for amending the Rule 16(b) Scheduling Order and that Plaintiffs do not oppose the amendment sought by Defendant's Motion, this Court finds that Defendant's Motion is well taken.

IT IS, THEREFORE, ORDERED that Defendant's Motion to Amend Rule 16(b) Scheduling Order is GRANTED and that the Rule 16(b) Scheduling Order is amended as follows.

   (b)   **EXPERT DISCLOSURE (Rule 26(a)(2)):**

      (ii)   Defendant's Experts:   November 18, 2005
      (iii)  Supplementation under Rule 26(e):   December 5, 2005

   (c)   **DEPOSITION OF EXPERTS:**   December 23, 2005.

ENTERED this __14th__ day of __October__, 2005.

_____S. Thomas Anderson_____ USMJ
JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __10-17-05__

59

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 1:04-CV-01126 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

John S. Little
WALDROP & HALL
106 S. Liberty Street
Jackson, TN 38301--072

Katherine B. Steuer
LAW OFFICE OF KATHERINE B. STEUER
80 Monroe Ave.
Ste. 505
Memphis, TN 38103

T. Verner Smith
112 N. Liberty
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT